IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-00160-RN

| | | |
|---|---|---|
| ESTHER PIERRE-LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion for Judgment on the
Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff,
through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision
under sentence four of 42 U.S.C. § 405(g) and remands the case to the
Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292
(1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to
Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this  1st day of   October    , 2025.

Robert T Numbers II

ROBERT T. NUMBERS
United States Magistrate Judge

1