UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ESTHER PIERRE-LOUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 5:25-CV-00160-RN |
| FRANK J. BISIGNANO, ) | |
| *Commissioner of Social Security,* ) | |
| ) | |
| Defendant. ) | |

**Decision by Court:**

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner.

**IT IS ORDERED ADJUDGED AND DECREED:**
For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

This Judgment Filed and Entered on October 1, 2025 with service on:
Derrick Arrowood (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty (via CM/ECF Notice of Electronic Filing)
Sarah Hibbert (via CM/ECF Notice of Electronic filing)

PETER A. MOORE, JR., CLERK

/s/ Carson B. Pendergrass
(By): Carson B. Pendergrass, Deputy Clerk